# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

PAUL RUSSELL WINTERS,

     Plaintiff,

                              CASE NUMBER: 20-2314-JDT-cgc

v.

SHELBY COUNTY JAIL,
ET AL.,

     Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 6/18/2020, this case is hereby DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 41(b).

**APPROVED:**

                                          **s/ James D. Todd**
                                          James D. Todd
                                          United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**